ELMER DEAN MARTIN III #75517
A PROFESSIONAL CORPORATION
1300 VALLEY VISTA DRIVE, SUITE 201
P.O. BOX 4670
DIAMOND BAR, CALIFORNIA 91765
(909) 861-6700 (PHONE)
(909) 860-3801 (FACSIMILE)
elmer@bankruptcytax.net
Chapter 11 Trustee's Special Tax Counsel

# UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA, LOS ANGELES DIVISION

| | |
|---|---|
| In re:<br><br>Ezri Namvar | CASE NO:   2:08-32349-BR<br>Chapter 11<br><br>Adversary Number: 2:11-02867-BR |
| Bradley D. Sharp, as Chapter 11 Trustee<br><br>Plaintiff,<br>vs.<br><br>United States of America<br>Defendant. | Stipulation for Continuance of Status Conference<br><br>Date: March 22, 2017<br>Time: 10:00 a.m.<br>Place: Courtroom 1668<br>255 E. Temple Street<br>Los Angeles, CA 90012 |

The United States of America and its agency, the Internal Revenue Service, ("Defendant") and Bradley D. Sharp, Chapter 11 Trustee, ("Plaintiff"), hereby represent and stipulate as follows:

1. As previously reported to the Court, a settlement has been agreed between the Plaintiff and the U.S. Department of Justice. The Report and Recommendation of the Office of Review of the U.S. Department of Justice for acceptance of the settlement was forwarded to the Joint Committee on Taxation of the United States Congress on January 3, 2017.

c:/winword/pleadings/1t5256

-1-

2. The Office of Review has communicated to the Joint Committee a request for a prompt response from the Joint Committee regarding the recommendation of the Office of Review because of the importance of the settlement in the above captioned bankruptcy case.

3. The Plaintiff and Defendant believe that it would be in the best interests of efficiency if the status conference presently scheduled for March 22, 2017, is continued to a later date in the hope that the Joint Committee will soon issue its response to the settlement recommendation.

Accordingly, it is hereby stipulated and agreed that the status conference in this proceeding is requested to be continued, for good cause, to a date set by the Court approximately two months from March 22, 2017 at 10:00 a.m. in courtroom 1668.

Date: March 8, 2017    Elmer Dean Martin III, A Professional Corporation

/s/ Elmer Dean Martin III
Elmer Dean Martin III
Special Tax Counsel for
Chapter 11 Trustee

Date: 3/9/17

Eileen M. Decker
United States Attorney
Thomas D. Coker
Assistant United States Attorney
Chief, Tax Division

Thomas D. Coker
Assistant United States Attorney
Attorneys for the United States of America,
On behalf of the Internal Revenue Service,
Defendant

c:/winword/pleadings/1t5256

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
**1300 Valley Vista Drive, Suite 201**
**Diamond Bar, CA 91765**

A true and correct copy of the foregoing document entitled (*specify*): ***Stipulation for Continuance of Status Conference*** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) ***March 9, 2017***, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- **Vivian Bodey**   vivian.bodey@irscounsel.treas.gov
- **Thomas Coker**   Thomas.coker@usdoj.gov, USACAC.criminal@usdoj.gov
- **Elmer D Martin**   elmermartin@gmail.com
- **David M Poitras**   dpoitras@jmbm.com, bt@jmbm.com;vr@jmbm.com;dmp@ecf.inforuptcy.com
- **United States Trustee (LA)**   ustpregion16.la.ecf@usdoj.gov

*See NEF for confirmation of electronic transmission to the U.S. Trustee and any trustee in this case, and to any attorneys who receive service by NEF.*

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) ***March 9, 2017***, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) ***March 9, 2017***, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

Personal Delivery:

Honorable Barry Russell
United States Bankruptcy Court
Central District of California
Edward R. Roybal Federal Building and Courthouse
255 E. Temple Street, Suite 1660 / Courtroom 1668
Los Angeles, CA 90012

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| *3/9/17* | *Cynthia P. Miller* | */s/ Cynthia P. Miller* |
|---|---|---|
| Date | Printed Name | Signature |

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*   **F 9013-3.1.PROOF.SERVICE**